·461 A.2d 872

Commonwealth v. Foulke, Jr., Appellant.

Argued February 16, 1983. Henry J. Lunardi, for appellant; Dennis Craig McAndrews, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., JOHNSON and MONTEMURO, JJ.

Judgment of sentence affirmed.

461 A.2d 872

Commonwealth v. Harrington, Appellant.

Petition for Allowance of Appeal Denied Oct. 4, 1983.

Argued April 20, 1983. Dennis Daniel Brogan, Assistant Public Defender, for appellant; Phyllis R. Streitel, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.